**179 So. 446**

**Millard F. BRADFORD v. LOUISIANA PUBLIC SERVICE COMMISSION and the Silver Fleet of Memphis, Inc.**

**No. 34419.**

Feb. 7, 1938.

Rehearing Denied March 7, 1938.

Breazeale & Sachse, of Baton Rouge, and Lemle, Moreno & Lemle and Posey R. Bowers, all of New Orleans, for appellants.

Gaston L. Porterie, Atty. Gen., and Milo B. Williams, Asst. to Atty. Gen., for appellee Louisiana Public Service Commission.

PONDER, Justice.

This case was consolidated with the case of Millard F. Bradford v. Louisiana Public Service Commission and Herrin Motor Lines, 189 La. 327, 179 So. 442, and sub-

mitted on the same agreed statement of facts.

For the reasons assigned in the opinion this day handed down by this court in the case of Millard F. Bradford v. Louisiana Public Service Commission and Herrin Motor Lines, Inc., supra, the judgment is affirmed at appellant's cost.

O'NIELL, C. J., concurs in the decree.

ODOM, J., dissents.

HIGGINS, J., absent.